UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA CITY DIVISION

CASE NO.: 10-31466-WSS
CHAPTER 11 CASE

IN RE:

EDWARD G NEWMAN

Debtor.
_________________________________/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

THIS CASE is before the Court on December 10, 2010, upon the Motion for Relief from Stay or in the alternative for Adequate Protection (D.E. #31) filed by **SUNTRUST MORTGAGE, INC.**, a secured creditor. The Court having considered said Motion and being otherwise fully advised in the premises, it is:

IT IS ORDERED:

1. Movant holds a valid mortgage encumbering the property described as:

   **LOT 8, BLOCK F, GULF TRACE, FIRST ADDITION, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 5 AT PAGE 73, OF THE PUBLIC RECORDS OF WALTON COUNTY, FLORIDA.**

   A/K/A: 148 GULF SHORE DR, SANTA ROSA BEACH, FL 32459

2. The Motion for Relief from the Automatic Stay is Granted.

3. Bankruptcy fees and costs of $800.00 are awarded for bringing forth the prosecution of the Motion for Relief.

4. This Order is entered for the sole purpose of allowing Movant to obtain an in rem

judgment against the property described above. Movant shall not seek an in personam judgment against Debtor(s).

Dated: January 4, 2011

WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE

COPIES FURNISHED TO:

ATTN: ANTONIO ALONSO, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

JASON H. EGAN, TRUSTEE
OFFICE OF THE U.S. TRUSTEE
110 E. PARK AVENUE
SUITE 128
TALLAHASSEE, FL 32301

EDWARD G NEWMAN
1500 EAST BRAINERD STREET
PENSACOLA, FL 32503

FRANCES C. NEWMAN
148 GULF SHORE DR
SANTA ROSA BEACH, FL 32459

C. EDWIN RUDE, JR, ESQ.
211 E. CALL STREET
TALLAHASSEE, FL 32301

US TRUSTEE
OFFICE OF THE U.S. TRUSTEE
110 E. PARK AVENUE
SUITE 128
TALLAHASSEE, FL 32301