UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: | |
| EDWARD G. NEWMAN, | CASE NO. 10-31466-WSS |
| | CHAPTER 11 |
| Debtor. | |

**DEBTOR'S MONTHLY OPERATING REPORT**
**FOR THE PERIOD NOVEMBER 18, 2010 THROUGH DECEMBER 8, 2010**

**COMES NOW** the above-named debtor and files his Monthly Operating Report for the period November 18, 2010 through December 8, 2010.

Dated this 10th day of January, 2011.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**
Florida Bar Number: 0157985
211 East Call Street
Tallahassee, FL 32301-7607
Telephone: (850) 222-2311
Facsimile: (850) 222-2120
edrudelaw@earthlink.net

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means and/or facsimile and/or U.S. Mail to **Charles Edwards, Esq.**, Assistant U.S. Trustee, Office of the U.S. Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301 and **Jason Egan, Esq.**, Office of the U.S. Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301 this 10th day of January, 2011.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: NEWMAN, EDWARD G. | } | CASE NUMBER: 10-31466-WSS |
| | } | |
| | } | |
| | } | JUDGE WILLIAM S. SCHULMAN |
| | } | |
| DEBTOR. | } | CHAPTER 11 |

**DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)**
**FOR THE PERIOD**
**FROM** 11/18/10 **TO** 12/8/10

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 1/9/11

E. RUDE
Attorney for Debtor

Debtor's Address
and Phone Number:
1500 E. BRAINARD ST
PENSACOLA, FL 32503

Tel. (571) 420-1421

Attorney's Address
and Phone Number:
211 E. Call Street
Tallahassee, FL 32301

Bar No. 0157985
Tel. 850-222-2311
edrudelaw@earthlink.net

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| | |
|---|---|
| Case Name: | NEWMAN |
| Case Number: | 10-31466 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this repc

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 482.02 | 482.02 |
| CASH- Beginning of Month (Business) | | |
| | | |
| Total Household Receipts | 2202 | 2202 |
| Total Business Receipts | | |
| Total Receipts | 2202 | 2202 |
| | | |
| Total Household Disbursements | 2682 | 2682 |
| Total Business Disbursements | | |
| Total Disbursements | 2682 | 2682 |
| | | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 2 | 2 |
| | | |
| CASH- End of Month (Individual) | 2 | 2 |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 2682 | 2682 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 2682 | 2682 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 9TH day of JAN 2011.

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month<br>482 | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 1625 | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| FROM FAMILY | 577 | |
| **TOTAL RECEIPTS** | 2202 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 1550 | |
| Household Repairs & Maintenance | | |
| Insurance | | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | 250 | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 482 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | 400 | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| | | |
| | | |
| | | |
| **Total Household Disbursements** | 2682 | 2682 |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | 2 | 2 |

MONTHLY OPERATING REPORT - INDIVDUAL

ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | ✓ |
| 2. Are all premium payments current? | | ✓ |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

INSURANCE ON HOMES PART OF BK

CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

____ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

TAXES ON DECLARED HOUSES IN FL & VA OVERDUE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: ____________

**MONTHLY OPERATING REPORT - INDIVIDUAL**

**ATTACHMENT NO. 3A**

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| Name of Bank BBT | |
| Account Number [redacted] | |
| Purpose of Account (Personal) PERSONAL | |
| Type of Account (e.g., Checking) CHECKING | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | NO CHECKS | EXCEPT CASH | |
| | | TO PAY | BILLS | |
| | | SEE HH | DISBURSEMENT | |
| | | | | |
| | | | TOTAL | $2682 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |
| |
| |
| |
| |
| |

**MONTHLY OPERATING REPORT -
INDIVIDUAL**

**ATTACHMENT NO. 2**

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: BBT | | | | |
| Account Number: [redacted] | | | | |
| Purpose of Account (Business/Personal) PERS | | | | |
| Type of Account (e.g. checking) CKG | | | | |
| | | | | |
| 1. Balance per Bank Statement | 1.74 | | | |
| 2. ADD: Deposits not credited (attach list to this report) | 0 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 0 | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 1.74 | | | |
| TOTAL OF ALL ACCOUNTS | | | | $ 1.74 |

**Note: Attach a copy of the bank statement and bank reconciliation for each account.**

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Note: Attach a copy of each investment account statement.**

Page 1 of 3 12/08/10
VA [redacted]

BB&T

[redacted]
EDWARD G NEWMAN
8515 HAMPTON WAY
FAIRFAX STATION VA 22039-2736

# Your account statement

For 12/08/2010

## Contact us

BBT.com

(800) BANK-BBT or
(800) 226-5228

## Start saving for college today with a BB&T CollegeWealth® 529 Savings Account!

BB&T's new FDIC-insured 529 Online Savings Account offers a tax-advantaged* way to save for qualified higher education expenses, and offers the following benefits:

- Earnings grow free from federal tax* in a high-yield money market savings account
- Balances are FDIC-insured**
- Available to full and part-time students
- Funds can be used for qualified higher education expenses at eligible colleges, universities, graduate schools, community colleges, vocational and technical schools nationwide

**To apply, visit BBT.com/collegewealth.**

BB&T CollegeWealth® 529 Savings accounts offered by Branch Banking and Trust Company and BB&T Financial, FSB; Members FDIC.
*Neither BB&T nor Virginia College Savings Plan employees give tax advice. Please seek the advice of a professional concerning any tax, financial, or legal implications related to opening an account. For residents of states other than Virginia: your state or the beneficiary's state of residence (if different) may sponsor a 529 plan that offers state income tax and other benefits not available to you through CollegeWealth.
** Funds in CollegeWealth savings accounts are insured by the FDIC on a pass-through basis to each account owner up to the maximum $250,000 amount currently set by federal law. The amount of FDIC insurance provided to an individual account owner is based on the balance of the CollegeWealth account at the participating bank plus the value of other accounts held, if any, at that participating bank, as determined by FDIC rules. All Virginia College Savings Plan 529 accounts have a maximum aggregate contribution limit per beneficiary of $350,000.

This message contains general information about CollegeWealth. Prospective participants are urged to obtain and read the enrollment materials carefully before investing, including the information concerning applicable fees and expenses.

CollegeWealth® is a registered trademark of the Virginia College Savings Plan. All images, likenesses and logos, including CollegeWealth, are used with permission.

### ▪ BB&T FREE-MM [redacted]

**Account summary**

| | |
|---|---|
| Your previous balance as of 11/18/2010 | $482.02 |
| Checks | - 1,585.00 |
| Other withdrawals, debits and service charges | - 1,097.50 |
| Deposits, credits and interest | + 2,202.22 |
| Your new balance as of 12/08/2010 | = $1.74 |

1585.00
1097.50
2682.50 SPENT

2202
462
CashWHL 2684

**Checks**

| DATE | CHECK # | AMOUNT($) |
|---|---|---|
| 12/06 | | 85.00 |
| 11/24 | * 501 | 1,500.00 |
| Total checks | | = $ 1,585.00 |

* Indicates a skip in sequential check numbers above this item



0009293

■ BB&T FREE-MM [redacted] (continued)

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/19 | BB&T 24 CASH WITHDRAWAL 11-18-10 1823 CROSSPOINTE FAIRFAX STAIOVA | 300.00 |
| 11/22 | BB&T CHECK CARD PURCHASE DAYS INN 11-16 LAKE CITY FL 1823 | 55.00 |
| 11/22 | BB&T CHECK CARD PURCHASE DAYS INN 11-16 LAKE CITY FL 1823 | 10.00 |
| 11/22 | BB&T CHECK CARD PURCHASE-PIN 11-19-10 BURKE VA 1823 CVS 01378 01378-- | 35.00 |
| 11/22 | BB&T CHECK CARD PURCHASE-PIN 11-19-10 LORTON VA 1823 GIANT FOOD INC #798 | 14.22 |
| 11/22 | BB&T CHECK CARD PURCHASE FIVE GUYS-- VA 01 11-19 LORTON VA 1823 | 11.74 |
| 11/29 | CHECK CARD NON-BBT ATM INQ FEE 11-26-10 BANK OF AMERICA 1823 *TYSONS GALLE MCLEAN VA | 2.50 |
| 11/29 | BB&T 24 CASH WITHDRAWAL 11-27-10 1823 CROSSPOINTE FAIRFAX STAIOVA | 100.00 |
| 11/29 | BB&T 24 CASH WITHDRAWAL 11-28-10 1823 CROSSPOINTE FAIRFAX STAIOVA | 100.00 |
| 11/29 | BB&T 24 CASH WITHDRAWAL 11-29-10 1823 CROSSPOINTE FAIRFAX STAIOVA | 60.00 |
| 11/30 | BB&T CHECK CARD PURCHASE-PIN 11-29-10 FAIRFAX VA 1823 EXXONMOBIL POS | 10.81 |
| 12/02 | BB&T 24 CASH WITHDRAWAL 12-02-10 1823 CROSSPOINTE FAIRFAX STAIOVA | 200.00 |
| 12/02 | BB&T CHECK CARD PURCHASE UNLCE LIU'S HOT PO 12-01 FALLS CHURCH VA 1823 | 36.30 |
| 12/02 | OVERDRAFT ITEM FEE ($35/ITEM) 35 | 70.00 |
| 12/06 | BB&T CHECK CARD PURCHASE VONAGE *PRICE+TAXE 12-03 866-243-4357 NJ 1823 | 33.79 |
| 12/06 | BB&T 24 CASH WITHDRAWAL 12-04-10 1823 CROSSPOINTE FAIRFAX STAIOVA | 20.00 |
| 12/07 | BB&T CHECK CARD PURCHASE VONAGE *PRICE+TAXE 12-06 866-243-4357 NJ 1823 | 38.14 |
| **Total other withdrawals, debits and service charges** | | = $1,097.50 |

**Overdraft and Returned Items Fees**

| | TOTAL THIS STATEMENT PERIOD($) | TOTAL YEAR-TO-DATE ($) |
|---|---|---|
| Total Overdraft Fees* | 70.00 | 490.00 |
| Total Returned Items Fees | 0.00 | 0.00 |
| Refunds for Overdraft/Returned Item Fees | 0.00 | 0.00 |

*Total Overdraft Fees include Overdraft Item Fees, NSF Item Paid Fees, and Negative Account Balance Fees.

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 11/22 | COUNTER DEPOSIT | 200.00 |
| 11/24 | SOC SEC US TREASURY 303 XXXXXXXXXXXASSA | 1,625.00 |
| 11/30 | COUNTER DEPOSIT | 45.12 |
| 12/03 | COUNTER DEPOSIT | 232.10 |
| 12/06 | COUNTER DEPOSIT | 100.00 |
| **Total deposits, credits and interest** | | = $2,202.22 |

FOOD 1550 250 462 1800 2262

2202 TOT REC
1625 SS
577

2682