UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:  Case No. 10-31466-WSS

Chapter 11

Edward G Newman

Debtor.

**MOTION FOR ADEQUATE PROTECTION**
**(Re: 8515 HAMPTON WAY, FAIRFAX STATION, VA 22039)**

Comes now, U.S. Bank National Association, as Trustee, for BAFC2006-I ("Movant"), and hereby requests that this Court enter an Order Granting Adequate Protection and states as follows:

1. That the Bankruptcy Court has jurisdiction over this proceeding pursuant to 11 U.S.C. 361 and 11 U.S.C. 362(d) and Bankruptcy Rule 4001(a).

2. Debtor filed this individual Chapter 11 case on July 16, 2010.

3. That Movant is a secured creditor by virtue of a note and mortgage, copies of which are attached hereto and made a part hereof, as Exhibit "A".

4. That the aforementioned documents give the Movant a first mortgage position on the property known as:

LOT 20, HAMPTON ACRES, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED BY DEED OF SUBDIVISION AND ANNEXATION IN DEED BOOK 6919, AT PAGE 1954, AMONG THE LAND RECORDS OF FAIRFAX COUNTY, VIRGINIA

5. That the Debtor is indebted to the secured creditor in the amount of $1,004,780.08. The currently monthly mortgage payment is $5,206.26 as evidenced on the attached Exhibit "B" Affidavit in Support of Motion for Adequate Protection. Monthly pre-confirmation adequate protection payments of $5,206.26 are requested commencing effective April 1, 2011.

6. That contractual mortgage payments have been in default since July 1, 2008.

7. That the Debtor failed to adequately protect Movant's interest in the subject property.

8. That upon information and belief, the fair market value of the property is $1,200,000.00, as set forth in the Broker's Price Opinion attached hereto as Exhibit "C". Accordingly, there is no equity in the property.

   Wherefore, U.S. Bank National Association, as Trustee, for BAFC2006-I moves this Court to issue an Order Granting Periodic Adequate Protection payments in the amount of $5,206.26 to Movant, and for such other relief as this Court may deem just and proper.

SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: khing@logs.com

/s/ Kevin L. Hing_____
Kevin L. Hing
FL Bar # 0071976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Adequate Protection was sent via CM/ECF transmission or standard first class mail on this 6th day of April, 2011 to the following:

Edward G Newman, 1500 East Brainerd Street, Pensacola, FL 32503
C. Edwin Rude, Jr., 211 East Call Street, Tallahassee, FL 32301-7607
Jason H Egan, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301
All other interested parties and creditors listed on the 1007(d) parties-in-interest list.

SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: khing@logs.com

/s/ Kevin L. Hing
Kevin L. Hing
FL Bar # 0071976

10-190180