UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:

EDWARD G. NEWMAN

CASE No. 10-31466-WSS

CHAPTER 11

Debtor.
_____/

**UNITED STATES TRUSTEE'S MOTION TO DISMISS
OR CONVERT CHAPTER 11 CASE
AND MEMORANDUM OF LAW**

COMES NOW DONALD F. WALTON, United States Trustee for Region 21, and moves the Court for the dismissal or conversion of the above chapter 11 case pursuant to 11 U.S.C. §1112(b), and in support thereof states:

**RELEVANT FACTS**

1. On July 16, 2010, the Debtor filed a voluntary chapter 11 petition in Florida. (Docket No. 1).

2. Pursuant to 28 U.S.C. § 586(a)(3), the United States Trustee's duties include supervising the administration of chapter 11 cases. In order to fulfill this mandate, the United States Trustee requires debtors to submit reports and other information.

3. The most recent monthly financial report filed by the Debtor in this case is for the period December 8, 2010 through January 6, 2011. The financial information filed to date indicates that the Debtor has not obtained full time employment and will not be able to fund a plan or reorganization in this case.

4.     The Debtor failed to file his monthly operating reports for the months of January, February, and March of 2011.

5.     Quarterly fees to the United States Trustee for the first quarter of 2011 (ending March 31, 2011) were due on or before April 30, 2011. The quarterly fee balance outstanding for the first quarter of 2011 is estimated to be $325.00.

## ARGUMENT & MEMORANDUM OF LAW

6.     11 U.S.C. §1112(b)(1) provides that:

... on request of a party in interest, and after notice and a hearing, absent unusual circumstances.....the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, if the movant establishes cause.

7.     11 U.S.C. §1112(b)(4) provides in part that:

For purposes of this subsection, the term 'cause' includes:

(A)  substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;

(F)  unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this title.

(K)  failure to pay any fees or charges required under chapter 123 of title 28.

8.     The Debtor's continuing financial loss and absence of a reasonable likelihood of rehabilitation constitutes cause for dismissal or conversion under §1112(b)(4)(A).

9.     The Debtor's failure to file his monthly operating reports for the months of January, February, and March of 2011 constitutes cause for dismissal or conversion under §1112(b)(4)(F).

10.     The Debtor's failure to pay the quarterly fees for the first quarter of 2011 constitutes cause for dismissal or conversion under §1112(b)(4)(K).

WHEREFORE, the United States Trustee moves for the dismissal or conversion of this chapter 11 case.

Respectfully submitted, this the 10th day of May, 2011.

Donald F. Walton
United States Trustee
Region 21

/s/ JASON H. EGAN
Jason H. Egan
Trial Attorney
Office of the United States Trustee
110 East Park Avenue, Suite 128
Tallahassee, FL 32301
850-521-5050
FAX: 850-521-5055
Florida Bar Number 0568351
Email: jason.h.egan@usdoj.gov

hCERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this motion was furnished either electronically or by first class U.S. Mail postage prepaid to C. Edwin Rude Jr., Esq., 211 E. Call St., Tallahassee, FL 32301and to Edward Newman, 1500 East Brainerd Street, Pensacola, FL 32503, on this the 10th day of May, 2011.

/s/ JASON H. EGAN
Jason H. Egan