UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| EDWARD G. NEWMAN, ) | CASE NO. 10-31466-WSS |
| ) | CHAPTER 11 |
| Debtor. ) | |
| _____) | |

### DEBTOR'S MONTHLY OPERATING REPORT
### FOR THE PERIOD MARCH 8, 2011 THROUGH APRIL 7, 2011

**COMES NOW** the above-named debtor and files his Monthly Operating Report for the period March 8, 2011 through April 7, 2011.

Dated this 12th day of May, 2011.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**
Florida Bar Number: 0157985
211 East Call Street
Tallahassee, FL 32301-7607
Telephone: (850) 222-2311
Facsimile: (850) 222-2120
edrudelaw@earthlink.net

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic means and/or facsimile and/or U.S. Mail to **Charles Edwards, Esq.**, Assistant U.S. Trustee, Office of the U.S. Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301 and **Jason Egan, Esq.**, Office of the U.S. Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, FL 32301 this 12th day of May, 2011.

/s/ C. Edwin Rude, Jr.
**C. EDWIN RUDE, JR.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

IN RE: NEWMAN, EDWARD G.

CASE NUMBER: 10-31466-WSS

JUDGE WILLIAM S. SCHULMAN

DEBTOR.

CHAPTER 11

---

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)

FROM 3/8/11 FOR THE PERIOD TO 4/7/11

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: 5/7/11

_____
Attorney for Debtor

Debtor's Address and Phone Number:
1500 E. BRAINERD ST
PENSACOLA, FL 32503
Tel. (571) 420-1421

Attorney's Address and Phone Number:
211 E. Call Street
~~Tallahassee, FL~~ 32301
Bar No. 0157985
Tel. 850-222-2311
edrudelaw@earthlink.net

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources:

1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: | NEWMAN |
|---|---|
| Case Number: | 10-31466 |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 20 | |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 39.25 | |
| Total Business Receipts | | |
| **Total Receipts** | 3925 | |
| Total Household Disbursements | 3960 | |
| Total Business Disbursements | | |
| **Total Disbursements** | 3960 | |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | <35> | |
| CASH- End of Month (Individual) | <15> | |
| CASH- End of Month (Business) | | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| TOTAL DISBURSEMENTS (From Above) | | |
|---|---|---|
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 7 day of MAY 20 11

Debtor's Signature

Monthly Operating Report - Individual

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | 20 |  |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business | 1 |  |
| Wages from Other Sources (attach list to this report) |  |  |
| Interest or Dividend Income |  |  |
| Alimony or Child Support |  |  |
| Social Security/Pension/Retirement | 1625 | 1625 |
| Sale of Household Assets (attach list to this report) |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) ✱ | 2300 | 2300 |
| Other (specify) (attach list to this report) |  |  |
| ✱LOANS FROM FAMILY |  |  |
| TOTAL RECEIPTS | 3925 | 3925 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  |  |
| Charitable Contributions |  |  |
| Gifts |  |  |
| Household Expenses/Food/Clothing | 1900 | 1900 |
| Household Repairs & Maintenance |  |  |
| Insurance |  |  |
| IRA Contribution |  |  |
| Lease/Rent Payments |  |  |
| Medical/Dental Payments | 460 |  |
| Mortgage Payment(s) |  |  |
| Other Secured Payments |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Real Estate |  |  |
| Taxes Other (attach schedule) |  |  |
| Travel & Entertainment | 700 |  |
| Tuition/Education |  |  |
| Utilities (Electric, Gas, Water, Cable, Sanitation) |  |  |
| Vehicle Expenses | 900 |  |
| Vehicle Secured Payment(s) |  |  |
| U. S. Trustee Quarterly Fees |  |  |
| Professional Fees (Legal, Accounting) |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
|  |  |  |
| Total Household Disbursements | 3960 | 3960 |
|  |  |  |
| CASH - End of Month (Must equal reconciled bank statement-Attachment No. 2) | ⟨15⟩ | ⟨15⟩ |

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT - INDIVIDUAL.                                          ATTACHMENT NO. 1

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | ✓ |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | ✓ |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | ✓ |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | ✓ |
| 5. Have any post-petition loans been received by the debtor from any party? | | ✓ |
| 6. Are any post-petition payroll taxes past due? | | ✓ |
| 7. Are any post-petition state or federal income taxes past due? | | ✓ |
| 8. Are any post-petition state or local sales taxes past due? | | ✓ |
| 9. Are any post-petition real estate taxes past due? | | ✓ |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | ✓ |
| 11. Are any wage payments past due? | | ✓ |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | ✓ * |
| 2. Are all premium payments current? | | ✓ |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

\* INSURANCE ON HOMES PART OF BK

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

____ Check here if United States Trustee has been listed as a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

TAXES ON DECLARED HOUSES IN FL & VA OVERDUE

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

ATTACHMENT NO. 2

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: BB&T | | | | |
| Account Number: [redacted] | | | | |
| Purpose of Account (Business/Personal) PERS | | | | |
| Type of Account (e.g. checking) CKG | | | | |
| 1. Balance per Bank Statement | <15> | | | |
| 2. ADD: Deposits not credited (attach list to this report) | | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | <1.5> | | | |
| TOTAL OF ALL ACCOUNTS | | | | $<15> |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

**MONTHLY OPERATING REPORT -**
**INDIVIDUAL**

**ATTACHMENT NO. 3A**

### CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | BDT | |
|---|---|---|
| Account Number | [redacted] | |
| Purpose of Account (Personal) | PERSONAL | |
| Type of Account (e.g., Checking) | CHECKING | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 3/26 | ATM | SON'S CAR REPAIR | 400 |
| | 3/28 | ATM | COFFEE, SNACKS, YARD WK | 160 |
| | 3/29 | ATM | COFFEE, SNACKS | 80 |
| | | | TOTAL | $ 640 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.





Page 1 of 4    04/07/11
VA

441-14-01-00 60311  0 C 001 03   50 003
EDWARD G NEWMAN
8515 HAMPTON WAY
FAIRFAX STATION VA   22039-2736

# Your account statement
For 04/07/2011

**Contact us**

 BBT.com

 (800) BANK-BBT or
(800) 226-5228

## Important Information Regarding Your Accounts

As a reminder, BB&T utilizes your periodic banking statement to communicate important information to you about any changes to your account, products and services that you may benefit from, or other information that you may find valuable.

This information is typically included in messaging areas toward the back of your statement, often the last few pages. Please remember to look for these types of messages in every statement that you receive, including this statement.

If you have any questions, please contact your local BB&T financial center or call BB&T Phone24 at 1-800-BANK BBT (1-800-226-5228).

### ■ BB&T FREE-MM

**Account summary**

| | |
|---|---:|
| Your previous balance as of 03/08/2011 | $19.96 |
| Checks | - 1,941.00 |
| Other withdrawals, debits and service charges | - 2,019.03 |
| Deposits, credits and interest | + 3,925.00 |
| Your new balance as of 04/07/2011 | = $-15.07 |

3960

**Checks**

| DATE | CHECK # | AMOUNT(S) |
|---|---|---:|
| 03/22 | | 1,241.00 |
| 03/23 | * | 700.00 |
| **Total checks** | | **= $ 1,941.00** |

* Indicates a skip in sequential check numbers above this item

**Other withdrawals, debits and service charges**

| DATE | DESCRIPTION | AMOUNT(S) |
|---|---|---:|
| 03/09 | CHECK CARD NON-BBT ATM INQ FEE 03-09-11 PNC BANK     1823 8941 OX ROAD LORTON    VA | 2.50 |
| 03/09 | BB&T CHECK CARD PURCHASE WHOLEFDS FRL 10223 03-08 FAIRFAX    VA 1823 | 16.74 |
| 03/14 | BB&T CHECK CARD PURCHASE COACH USA INC 03-12 201-225-7580   NJ 1823 | 108.50 |
| 03/16 | BB&T 24 CASH WITHDRAWAL 03-15-11      1823 CROSSPOINTE FAIRFAX STAIOVA | 160.00 |
| 03/21 | BB&T CHECK CARD PURCHASE-PIN 03-20-11 ORION    VA 1823 GIANT FOOD INC #798 | 113.35 |
| 03/21 | BB&T CHECK CARD PURCHASE-PIN 03-19-11 LORTON    VA 1823 GIANT FOOD INC #798 | 58.08 |
| 03/21 | BB&T CHECK CARD PURCHASE CIGAR WORLD INC. 03-20 VIENNA    VA 1823 | 36.80 |
| 03/21 | BB&T CHECK CARD PURCHASE FIVE GUYS-- VA 01 03-19 LORTON    VA 1823 | 26.00 |
| 03/21 | BB&T CHECK CARD PURCHASE-PIN 03-19-11 LORTON    VA 1823 SUNOCO 0639741801 | 19.05 |
| 03/21 | BB&T CHECK CARD PURCHASE-PIN 03-20-11 LORTON    VA 1823 SUNOCO 0639741801 | 18.14 |
| 03/21 | BB&T CHECK CARD PURCHASE-PIN 03-20-11 LORTON    VA 1823 SUNOCO 0639741801 | 14.66 |

*continued*

■ PAGE 1 OF 4

■ BB&T FREE-MM ▓▓▓▓▓▓▓ (continued)

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/21 | BB&T CHECK CARD PURCHASE-PIN 03-18-11 LORTON   VA 1823 SUNOCO 0639741801 | 10.82 |
| 03/22 | BB&T CHECK CARD PURCHASE-PIN 03-21-11 LORTON   VA 1823 GIANT FOOD INC #798 | 136.45 |
| 03/22 | BB&T CHECK CARD PURCHASE-PIN 03-21-11 LORTON   VA 1823 GIANT FOOD INC #798 | 58.56 |
| 03/22 | BB&T CHECK CARD PURCHASE-PIN 03-21-11 LORTON   VA 1823 SUNOCO 0639741801 | 10.29 |
| 03/23 | BB&T CHECK CARD PURCHASE-PIN 03-22-11 WOODBRIDGE   VA 1823 SHELL SERVICE STATION | 69.63 |
| 03/23 | BB&T CHECK CARD PURCHASE-PIN 03-22-11 LORTON   VA 1823 GIANT FOOD INC #798 | 32.95 |
| 03/24 | BB&T CHECK CARD PURCHASE SILVER DINER-FAIR 03-22 FAIRFAX   VA 1823 | 22.85 |
| 03/24 | BB&T CHECK CARD PURCHASE-PIN 03-23-11 LORTON   VA 1823 SHOPPERS FOOD & PHARMAC | 52.50 |
| 03/25 | BB&T CHECK CARD PURCHASE KABOB CITY 03-23 FREDERICKSBUR VA 1823 | 48.92 |
| 03/25 | BB&T CHECK CARD PURCHASE FIRESIDE GRILL - L 03-23 LORTON   VA 1823 | 26.05 |
| 03/25 | BB&T CHECK CARD PURCHASE KANGAROO EXP #3110 03-24 STAFFORD   VA 1823 | 18.10 |
| 03/25 | BB&T CHECK CARD PURCHASE STARBUCKS USA 0007 03-24 GARRISONVILLE VA 1823 | 15.00 |
| 03/25 | BB&T CHECK CARD PURCHASE MADIGAN'S WATERFRO 03-24 OCCOQUAN   VA 1823 | 95.08 |
| 03/25 | BB&T CHECK CARD PURCHASE-PIN 03-24-11 BURKE   VA 1823 WAL-MART STORE | 52.52 |
| 03/25 | BB&T CHECK CARD PURCHASE-PIN 03-24-11 LORTON   VA 1823 GIANT FOOD INC #798 | 51.59 |
| 03/28 | BB&T CHECK CARD PURCHASE LUKOIL#73499 03-25 MCLEAN   VA 1823 | 22.12 |
| 03/28 | BB&T 24 CASH WITHDRAWAL 03-26-11   1823 CROSSPOINTE FAIRFAX STAIOVA | 400.00 |
| 03/28 | BB&T 24 CASH WITHDRAWAL 03-27-11   1823 CROSSPOINTE FAIRFAX STAIOVA | 160.00 |
| 03/28 | BB&T CHECK CARD PURCHASE-PIN 03-25-11 LORTON   VA 1823 GIANT FOOD INC #798 | 43.11 |
| 03/28 | BB&T CHECK CARD PURCHASE WEGMANS # 016 03-26 FAIRFAX   VA 1823 | 19.95 |
| 03/29 | BB&T 24 CASH WITHDRAWAL 03-29-11   1823 CROSSPOINTE FAIRFAX STAIOVA | 80.00 |
| 04/04 | BB&T CHECK CARD PURCHASE SUNOCO 0639741801 04-02 LORTON   VA 1823 | 18.72 |

Total other withdrawals, debits and service charges = $2,019.03

**Deposits, credits and interest**

| DATE | DESCRIPTION | AMOUNT($) |
|---|---|---|
| 03/14 | COUNTER DEPOSIT | 300.00 |
| 03/21 | COUNTER DEPOSIT | 2,000.00 |
| 03/23 | XXSOC SEC US TREASURY 303 XXXXXXXXXXXASSA | 1,625.00 |

Total deposits, credits and interest = $3,925.00

## IMPORTANT INFORMATION REGARDING YOUR BB&T FREE CHECKING ACCOUNT.

Effective June 3, 2011, your BB&T Free checking account will change to BB&T Bright Banking. This account includes all of the benefits that you currently receive, including a Check Card, OnLine Banking with Bill Payment, Mobile Banking, Alerts, and more.

You will be able to continue using your account with no monthly maintenance fee if you maintain ONE of the following qualifiers per statement cycle:
- One ACH Direct Deposit of $100 or more OR
- $1,500 average checking balance OR
- $6,000 combined balances in deposits, including Checking, Savings, Money Rate Savings, and Investor's Deposit Accounts; and/or outstanding loan balances[1] to include Retail Loans, Lines of Credit, Sales Finance Loans, and Credit Card balances[2] (excludes Preferred Lines) OR
- Any outstanding personal mortgage loan balance[3]

If you do not meet one of these qualifiers, a $10 monthly maintenance fee will be charged to your account.

The easiest way to qualify for BB&T Bright Banking without a monthly fee is to set up a monthly direct deposit. You can have your paycheck, Social Security benefits and other payments automatically deposited into your checking account at no cost to you.

With direct deposit you'll enjoy:
- Funds available for withdrawal at the opening of business on the pay date
- No waiting in line to deposit your check
- No worries about lost or stolen checks
- Security of knowing funds are deposited even when you can't get to the bank

To find out more about direct deposit, visit BBT.com/directdeposit. If you have any questions, please visit your local BB&T financial center or call 1-800-BANK BBT (1-800-226-5228).

[1] Loans and lines subject to credit approval.
[2] Subject to credit approval. Credit cards are issued by BB&T Financial, FSB, a subsidiary of BB&T Corporation. Member FDIC.